**Exhibit A to the Complaint**

**Location:** Tipp City, OH  **IP Address:** 69.133.100.1
**Total Works Infringed:** 68  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A3252D62FD75AC4B76AF30032C9C9EC4A2949522<br>File Hash:<br>214565C5617E19662D7BC568F9FB9D2564CBC130BF7002F4A0251F177226C0F5 | 05-16-2023 05:08:43 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 2 | Info Hash: 62487C8A062F70517453A1191B1E6C7C2F497CAA<br>File Hash:<br>C0857266EE1E8356020C79198F0ACA0F54AA3636E1681EB36577CC08CAEB3E8C | 05-06-2023 03:49:16 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 3 | Info Hash: E8B837C74A5ED26B9EA5C550E4824D2F549AF32B<br>File Hash:<br>310C061426C2D36F3057E7CCFD6B85D21746F57D96E1E25B4841D0B307E22491 | 05-06-2023 03:48:46 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 4 | Info Hash: 21A2845346091F5C6640233B97139C5098FFE408<br>File Hash:<br>C04D526F2D183862334513293B8A22620011286784F1702EE7A53B03A5570927 | 03-20-2023 02:19:32 | Vixen | 03-17-2023 | 04-10-2023 | PA0002405944 |
| 5 | Info Hash: 4044E985FD1D686F1001A93A90D3E209D6467C04<br>File Hash:<br>38EDF865378CD7260D9D27DC49DBDBC85D6EB9F46D6746DC00C9719A7A4314E4 | 03-13-2023 03:03:16 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 6 | Info Hash: 90E58A7E8843333A2806ECE4B18498C2FA66A2CB<br>File Hash:<br>976279C08F9B1ADA3BB1DF2FECA207FBBDC486F48C2A82C21B938B654CBA6803 | 03-13-2023 02:56:13 | Blacked Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 7 | Info Hash: D5B90D45681C50DD77A2C367E42F22356CA0CBCB<br>File Hash:<br>6F4B1FC425EF82511CDAFC1CCEB20014D7D623D947FF826934E196284408B777 | 03-13-2023 02:53:43 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 8 | Info Hash: 1A618EF49402930C1C538EF14A6F18918A438983<br>File Hash:<br>6CADAB282554DF20A5EC1538F9C7B8D56396A85EE63E7E188D8ACD266FE83143 | 03-13-2023 02:53:28 | Blacked | 02-18-2023 | 04-13-2023 | PA0002407766 |
| 9 | Info Hash: 220FBD48D861EF3FF3C68213FB21F2836E6589BA<br>File Hash:<br>9AC0963C24642AA26966EBD24C1AFE43630DA3BE555A19B353836BB61815A22E | 03-13-2023 02:53:15 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 10 | Info Hash: 7B11BA69F27F378CD043AE744B7220E3B1C83672<br>File Hash:<br>3DB76E127A4E6A4BFF214AFABB37E52143D7631AC9F8A448013A0F759624D893 | 03-13-2023 02:53:08 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 11 | Info Hash: 5D5214612BC2D8A7518C9A58AE3F5072A1F70670<br>File Hash:<br>A0019190FAD111416102AD4C3EC2F0D05DE6324603675C2144F313771326FC53 | 01-13-2023 05:40:57 | Blacked Raw | 01-04-2023 | 01-10-2023 | PA0002389594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3B1D9E59C3948ED48D1FE5AB123112D5D98DB1A1<br>File Hash: 668876C6B5D8B1CA7D03C9761A6AB345127E80D10144845D9BC9E75B68A70EB6 | 01-13-2023 05:40:33 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 13 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 12-27-2022 06:17:27 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 14 | Info Hash: 21A0C1F6EDFFE6178F8B30D4149B102FA5DFA840<br>File Hash: 50164D884362AB49B6502AB30A1480995FE81AF17741ACFD55EA695A3EE8083F | 12-27-2022 06:06:33 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 15 | Info Hash: D94A292DE29E15C71099DEB38C0B546E0B5108BA<br>File Hash: 78061E0B3C13440F531D99A9E6AA85EA547B0DA3360178A537F2AD623E4A5409 | 12-06-2022 04:55:53 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 16 | Info Hash: 77E8A79154E7862B4B0C5C209D895080F1EA88BA<br>File Hash: 203BB239CDF2E23A160F5562DC01FC58A2D29774E84B0D2C8031A7BAF18E8C3C | 12-02-2022 07:15:15 | Blacked Raw | 11-30-2022 | 01-10-2023 | PA0002389625 |
| 17 | Info Hash: A98F02DE1EFDD9DB1FDB3F0A961B575A953BC224<br>File Hash: 41BA1C306D734E894BDA3BD0DDB884B84D53C8BD5A7DBE1EA00642217EFB88A5 | 11-23-2022 19:52:05 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 18 | Info Hash: 8FF68BF286B745BBD7C5A16C3C2FF22F609821A6<br>File Hash: 91E772999E32C2DAC35ED31677B9E82471C4DD0A655A91815690EBDDC2FEE17A | 11-23-2022 19:52:05 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 19 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash: B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 08-02-2022 20:56:27 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 20 | Info Hash: 6426C1EA0BB505FB99796850074A289E82E3381D<br>File Hash: 77ACC6C8D369B760F68E3E3EBA46A7A8C0A08A5DC30CF34861E8943CED3FC72A | 08-02-2022 20:47:47 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 21 | Info Hash: 0E913315A3973DF6AD0BE9876D15FAB2DDF9D30E<br>File Hash: 63CD2C0A12F13494CF43FAF9B20A8DEAFF89DEB397B07172243EF45320B35E38 | 08-02-2022 04:08:44 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 22 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash: 093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 08-02-2022 04:07:39 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 23 | Info Hash: 69ECE7BD6C605D63E9EBEEFD35082CF1627E2932<br>File Hash: A3628C7AE4DA0E79C6D35487C4FF335DB1B04C0081C7DD4AC946B16F94EBBD1B | 08-02-2022 04:07:36 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 58B2B09977BDC1D713A8B573B1C6F0ECC651853E<br>File Hash: F4438CE7196FF62BF97DA719E3F83C83F3B7461F26716504E573144558DD5EBC | 08-02-2022 04:07:28 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 25 | Info Hash: FD5C62D3613EF573E62CD6548E3BDFA287B049F1<br>File Hash: D69EA86DE6D070D289158FCFAC79742948FA880377BB95F432466115FA63BC67 | 08-02-2022 04:07:22 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 26 | Info Hash: 74793E870EE1D5183B35935E3F7AF354B3A44407<br>File Hash: 5EDC78CC1B640B202D237A31B490B30092384C76DD1CFD68DF02B0A41A4C47DA | 08-02-2022 04:07:22 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 27 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash: FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 08-02-2022 04:06:11 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 28 | Info Hash: 0D0E9FDCB5474570C8127BF03C05BD35C6F2A7D6<br>File Hash: 852E4C256CC2BFED229E9D94F81B180454291D2A66A5E7A28529F82AC3F2FF3F | 08-02-2022 04:05:18 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 29 | Info Hash: AAE348D90C4FA39840051273248DBE0EA9D7FE9D<br>File Hash: E562B3825FE50F9CC794DC8E409512EB0E44398E0F90D53EE11B138015C05EA5 | 08-02-2022 04:05:17 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 30 | Info Hash: BCAE36BD550D0F4C0965271CBB33EF2964210809<br>File Hash: 49F206B69AA90593C21921BD9C6AD8F86438E594625E8E42CEEB356076985373 | 08-02-2022 04:04:42 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 31 | Info Hash: 2B8FBAF88AFCE49CF569799FABC99D77157C7917<br>File Hash: BA647865F9C6F80B469BD9BC64EC18BC828874898DFF2B3AA6D9FECC9D63E7BC | 08-02-2022 04:03:52 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 32 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash: 2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 08-02-2022 04:03:34 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 33 | Info Hash: A97DD32CE65682C209C2BC608BC706D63FA526FA<br>File Hash: 7B64322545AD61E7E9D5862E2244F2DF76EF9B25D8A17ADDD9288AEF527B6326 | 07-25-2022 03:20:45 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 34 | Info Hash: DBA674E141B23DCD03F78CE3C175EB5F379FEB21<br>File Hash: 5E9C1F1CECDDAAB442B2745AE8EBD3C988830875C5BE3C3B6868B6DAD120A0AC | 07-25-2022 03:17:59 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 35 | Info Hash: B2FAEB094F125B1CCDB7A3EEF1EAEB972C574830<br>File Hash: D3EE5BECCC114F81E9E096C3C16E3FE83CB579CC27205D5C977D49594ABF6795 | 07-25-2022 03:16:07 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3B37C1EA3D5C559642EFB1989022683E55102FEE<br>File Hash: B18A02CD77883EF5121CBD98BFC22A9C16AD954E3CFF6383D242DFDFC0C93377 | 07-25-2022 03:14:58 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 37 | Info Hash: 71B373239AA21E0A2A1291498B72DC7BB0F06687<br>File Hash: 24688D83D2C2F0B22615DCA435E39CD808D05F274EB2804456F6E77AEFDCED83 | 06-06-2022 03:47:42 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 38 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash: 634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 06-06-2022 03:44:30 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 39 | Info Hash: 8BE239FC63F4AE01F6FC303671B45C8509E72241<br>File Hash: CD559FD0C800AE9CA15A4E901E9976658014B8242F81D4A1555791AC340A9202 | 06-06-2022 03:41:49 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 40 | Info Hash: 66A289A04AE4D4729648FCE2D0ABC42B6B2135AE<br>File Hash: 67D2A3CE85DD3A5ADC1FE23B1FB1A90C15A1647094913B09DEB4E4DF74DF568C | 05-10-2022 02:42:17 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 41 | Info Hash: FD17C5E159C050BE7489971D45A6256F4C23EC59<br>File Hash: F94DB7DEF9721BCB649CB610BB058D2BC4C13349DD937132519D8DCF4E043F4C | 02-03-2022 03:25:35 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 42 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 02-03-2022 03:25:26 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 43 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 02-03-2022 03:24:56 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 44 | Info Hash: 84C18B18D9F1F5E887F25856B43B3C1F9AD886D2<br>File Hash: C22CE5325AD1F558ADD98BFE78999AEB46429FC0B8E9E31D5A2D8694149510D0 | 01-19-2022 15:15:10 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 45 | Info Hash: 237998568277605E33C4B44A07FF47F1565CA417<br>File Hash: 5146B7B4B21A89145586736228DDE49082B6323D8D307E564722A2147AB2EE75 | 01-19-2022 15:12:51 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 46 | Info Hash: 0AC2423E872BB3B635429E357CE906B11640F3E7<br>File Hash: A422337188210233A1C691438340FD0088FB928A78C5A17541CF59BD47C6E1D9 | 01-19-2022 15:12:17 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 47 | Info Hash: EF2CDF3A60F1FFA0BAE6B499695A13DC9730AE16<br>File Hash: F27CF6C99194E08DA6CC2C43998FEC7E07D2B9F09E297FB77E5FEBBFFBCC7CD2 | 01-19-2022 15:08:21 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 7EE0D19E00AE8631B8D576A0D8701E7C59BFD92F<br>File Hash: AC967047B9431A6010B23DCE600F6B6BE7CAEAE967460D6B6C873161A24BE5F6 | 12-27-2021 15:42:57 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 49 | Info Hash: 1285294362F6BAD27FAE30BA2B1D2EFE19BB5C1B<br>File Hash: 9177949C6F3E19FFF8E5DEFA890D6037BC01ADB1E04A0BC85D0A9BFCCAC088EE | 11-24-2021 03:55:20 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 50 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash: DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 11-09-2021 02:57:57 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 51 | Info Hash: EDCB09F21B3F97AA08CAE529F52B823CD62CDE18<br>File Hash: A24AD69EC449D2087F119FCBB2A1E3DE64BB667FDD79119F37BC8C4C877652D9 | 11-04-2021 03:20:43 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 52 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash: 08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 11-04-2021 03:18:51 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 53 | Info Hash: 3DB6B513A919E0644D5F481513629394A7531A79<br>File Hash: 74F92B87D6C2F0B787AD1CCB8FF4D8F3E3447A1BA1457038E3A99C299BCBE8D5 | 11-02-2021 03:33:27 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 54 | Info Hash: FA37740D9E7044B7F207B74D25434C7D3F937905<br>File Hash: 832AAAB63729BB4B8594F2B6EAF8C9C3EEE6703A0AACDC8E6EB24C13BE3FE5D9 | 11-02-2021 02:58:10 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 55 | Info Hash: B6B49487BB06BBF152DC50FFA648BF58A3C95B1F<br>File Hash: 1BFAAC06A8263E7A8C2C6EB07FC4D4BC3ADD1377D571D20348B802E0DCDF866B | 11-02-2021 02:56:48 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 56 | Info Hash: A5C198DE377DA37753134876DB8FFA94DAFEC292<br>File Hash: 7143C9AB311761FCDB0472858A828CB35C32BEF7DF6AEFE6CC8DFEB0D6570F1A | 11-02-2021 02:56:12 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 57 | Info Hash: EFAC9203F98A2CEB889098FA318A1D7153657E8C<br>File Hash: 157B62410347A2B4953C9366DB2207E09176F91C5E705363D8A84442291D0EF2 | 11-02-2021 02:55:59 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 58 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-02-2021 02:55:42 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 59 | Info Hash: 75897580B481D1528219B01628A46522CEEE78B3<br>File Hash: 4E04E22001D14E5C3FA311FB6FAA9456808F9D8D08D39517FC2D312F96CB96AE | 11-02-2021 02:53:26 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 70535E9E0E92734658E621BFAE369A6057364ECC<br>File Hash: 7F65E85969993002150C75C05AD7D4690560C8695A6A06B0755CE3C493208FA6 | 09-14-2021 03:05:58 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 61 | Info Hash: 479FDBBC359D15C3CBD97EB355B7D1CF0A410CC0<br>File Hash: F5218A278FFE7AF54DDE34F81D2896EB9FAF358DCB6BDC8741F8D913FFC1BE27 | 09-01-2021 15:13:46 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 62 | Info Hash: 69C9F53211EBED75C554695B75810F89D9FDC88F<br>File Hash: 37EE312AE69282603F1ED35C678EC4177E248F39AD21555A0C70531A8F677883 | 07-27-2021 03:38:43 | Blacked | 07-10-2021 | 08-02-2021 | PA0002305090 |
| 63 | Info Hash: 9EA31AFE28590EEB8AB3516AE38669AFDD224576<br>File Hash: CBA22494F1E2EF699314BEA06731F872EA22C2AD33EBBC5C491266EBEE51531D | 07-27-2021 03:36:14 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 64 | Info Hash: 20A31492E4DFCCA3CC8A003B8AF1E4C3AB92381A<br>File Hash: 36884B340C306E825BDD40BEE68D6F6C9A34061CDC2FA08A3D4EA65D36898447 | 07-07-2021 20:22:34 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 65 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 06-25-2021 03:41:33 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 66 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash: 15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 06-25-2021 03:41:01 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 67 | Info Hash: F89AB7DC42AFCB8F2F0AAF6DDDF10122B0DDE56A<br>File Hash: 890F9CA687FEB515368B4FB710CF69630D72B84F9733C030C96FB51B7A7039AF | 05-14-2021 03:35:01 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 68 | Info Hash: E3597FF7AA7734011387A0575130129A39004A6B<br>File Hash: 511FA3B1EA9D8AA9FCB72590F4DDDC438FDBC6E97935036C43279D4BA4DE15C6 | 05-14-2021 03:31:53 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |